# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRENDA HOULE, KELLY REESE, AND SUSAN STERNER,

Plaintiffs,

v.

WALMART INC. formerly WAL-MART STORES, INC.,

Defendants.

3:19-CV-514
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 20th DAY OF MARCH, 2020, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 27) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendant's Motion to Dismiss is **GRANTED** as to Plaintiff Susan Sterner's promotional discrimination claims under Count I and II.

2. Defendant's Motion to Dismiss is **DENIED** in all other respects.

Robert D. Mariani
United States District Judge